PD-0941-15

NO. 1323111

IN THE

TEXAS COURT OF CRIMINAL APPEALS

AT AUSTIN, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 24 2015

Abel Acosta, Clerk

STEPHEN WILLIAM SIROS, Petitioner,

FILED IN
COURT OF CRIMINAL APPEALS

v.

JUL 24 2015

Abel Acosta, Clerk

THE STATE OF TEXAS, Respondent

MOTION FOR EXTENSION OF TIME TO FILE

PETITION FOR DISCRETIONARY REVIEW

---

ON PETITION FOR DISCRETIONARY REVIEW FROM THE COURT OF APPEALS, FIRST DISTRICT OF TEXAS, NO. 01-14-00288-CR, TRIAL COURT CASE 337TH DISTRICT COURT, HARRIS COUNTY, TEXAS, NO. 1323111

---

TO THE HONORABLE JUDGES OF THE TEXAS COURT OF CRIMINAL APPEALS:

Petitioner Stephen William Siros hereby respectfully requests an extension of time to file his Petition for Discretionary Review up to and including September 30, 2015. An extension is needed in order to retain private counsel, or, in the alternative prepare a Pro Se Petition.

This motion is made in good faith and not merely for dilatory purposes.

WHEREFORE, PREMISES CONSIDERED, Petitioner requests that this motion be GRANTED.

Dated: July 18, 2015

by _Stephen William Siros_
STEPHEN WILLIAM SIROS